# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LUIS GARMENDIZ,

    Plaintiff,

v.                                                                Case No.: 8:17-cv-987-T-17AAS

CAPIO PARTNERS, LLC,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Motion to Stay Discovery (Doc. 12), and Plaintiff's response thereto (Doc. 17).

On April 27, 2017, Plaintiff filed a Complaint alleging that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Fair Debt Collect Practices Act, 14 U.S.C. § 1692 et seq. (Doc. 1). On May 23, 2017, Defendant filed its Answer (Doc. 6). On June 20, 2017, Defendant filed a Motion to Stay the Proceedings (Doc. 8). On July 5, 2017, Defendant filed the instant motion (Doc. 12), requesting that the Court stay discovery pending its ruling on Defendant's Motion to Stay the Proceedings (Doc. 8). On July 26, 2017, the Court denied Defendant's Motion to Stay the Proceedings (Doc. 20).

Accordingly, based on the Court's ruling on Defendant's Motion to Stay the Proceedings (Doc. 20), it is **ORDERED** that Defendant's Motion to Stay Discovery (Doc. 12) is **DENIED as moot.**

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of August, 2017.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge