UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS GARMENDIZ, on behalf of himself, others similarly situated,

    Plaintiff,

Case No. 8:17-cv-00987-EAK-AAS

    v.

CAPIO PARTNERS, LLC

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Capio Partners, LLC (Capio), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 30, 2017

    Respectfully submitted,

    /s/ Ashley N. Rector
    Ashley N. Rector, Esq.
    Florida Bar No. 0106605
    Dayle M. Van Hoose, Esq.
    Florida Bar No. 0016277
    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
    3350 Buschwood Park Drive, Suite 195
    Tampa, Florida 33618

                                        Telephone: (813) 440-5327
                                        Facsimile: (866) 466-3140
                                        arector@sessions.legal
                                        dvanhoose@sessions.legal

*Attorneys for Defendants,*
*Capio Partners, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of August 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Aaron D. Radbil, Esq.
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, TX 78701
aradbil@gdrlawfirm.com

James L. Davidson, Esq.
Jesse S. Johnson, Esq.
Michael L Greenwald, Esq.
Greenwald Davidson Radbil, PLLC
5550 Glades Rd., Ste. 500
Boca Raton, FL 33431
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com
mgreenwald@gdrlawfirm.com

                                        /s/ Ashley N. Rector
                                        Attorney