UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Luis Garmendiz, | ) |
| | ) Case No. 8:17-cv-00987-EAK-AAS |
| Plaintiff, | ) |
| v. | ) |
| Capio Partners, LLC, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Luis Garmendiz and Defendant Capio Partners, LLC hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own attorneys' fees and costs.

Date: August 31, 2017

*/s/ Michael L. Greenwald*
Michael L. Greenwald (FBN 0761761)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff

*/s/ Ashley N. Rector*
Ashley N. Rector, Esq. (FBN 106605)
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 440-5327
Facsimile: (866) 466-3140
arector@sessions.legal

Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was electronically filed on August 31, 2017, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                      /s/ Aaron D. Radbil
                                      Aaron D. Radbil